IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                        No. CIV S-11-1690 WBS GGH P

    vs.

MATTHEW CATES, et al.,

      Defendants.               ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2011, plaintiff was directed to complete the application form. While plaintiff has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, he has once again not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form, see 28 U.S.C. § 1915(a)(2), ostensibly on the basis that a responsible officer will not sign the form. Plaintiff will be provided one further opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

       If an officer refuses to sign the certification, or acquire the information necessary to fill it out, plaintiff shall identify such officer.

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 22, 2011

                                                    /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE

GGH:009/md
turn1690.3e