IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,               No. CIV S-11-1690 WBS GGH P

    vs.

MATTHEW CATES, et al.,

    Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding against two defendants, Corr. Lt. W.D. Dobbe III[1] and defendant D. Casey, for alleged excessive force against plaintiff while he was incarcerated at Deuel Vocational Institution (DVI). Those defendants have yet to be served, but an order will shortly be filed directing service of process upon those defendants, plaintiff having submitted the appropriate documents for service by a filing dated March 7, 2012. In a simultaneous filing, plaintiff has brought a "motion for court's intervention and assistance...," seeking to have the court order copies of his complaint from the defendants (even though they have not been served) and alleging that he has experienced interference in obtaining copies at

---

[1] Plaintiff has also identified this defendant as Lt. Dobbe, Jr. See Complaint at docket # 1.

1

California State Prison-Corcoran (CSP-C) from Corcoran personnel. However, as noted, the court has been provided the appropriate documents for service. Therefore, the motion is denied as moot.

Plaintiff goes on to make wide-sweeping allegations that he is being threatened with murder or severe injury by Corcoran prison employees as well as by "Federal Strike Teams." See docket # 25, p. 2. Plaintiff contends that he has "even been threatened by Fed. Parole Officers and Law Enforcement from Folsom" with being "cremate[d] [] and murder[ed] [] at A.C.H. Medical Protective Housing Unit in Corcoran Prison Hospital." Id. He references a September 23, 2011 parole discharge date and an October 17, 2011 federal parole release date and generally proceeds with arguably histrionic claims that he is in "imminent peril" for which assertion he has provided no supporting evidence. Id., at 2-5. This court has jurisdiction over plaintiff's claims against the defendants named in this action at DVI. If plaintiff believes he is in imminent danger at Corcoran State Prison at the hands of that prison's employees, he may file a civil rights action in the Fresno Division of the California Eastern District Court. As plaintiff asks this court to refer to cases he has apparently filed in the Fresno division, it is apparent that plaintiff must be aware of how to proceed on any claims against individuals employed at Corcoran State Prison.

Accordingly, IT IS ORDERED that plaintiff's motion for court intervention to order defendants or Corcoran personnel to provide copies of his complaint, filed on March 7, 2012 (docket # 25), is denied as moot.

DATED: March 13, 2012

    /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:009
turn1690.mtn