IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

     Plaintiff,                    No. 2:11-cv-1690 WBS GGH P

     vs.

MATTHEW CATES, et al.,

     Defendants.              Amendment to ORDER

_____/

     The court hereby amends a portion of its Order, filed on May 15, 2012 (docket # 31), at p. 2: lines 12-16, to state:  Plaintiff has therefore been previously informed that this court **only has cognizance** over plaintiff's claims against the DVI defendants named in this action and that if plaintiff believes himself to be in imminent danger at Corcoran State Prison at the hands of that prison's employees, he might file a civil rights action in the Fresno Division of the California Eastern District Court.

DATED: May 17, 2012

                                           /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
turn1690.amd