1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY R. TURNER,                      No.  2:11-cv-1690 WBS GGH P

12              Plaintiff,

13         v.                                 ORDER

14    MATTHEW CATES, et al.,

15              Defendants.

16

17         On August 26, 2013, plaintiff filed a motion to amend the complaint.  This civil rights

18    action was closed on November 19, 2012.  Plaintiff's filing does not appear to be one

19    contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, this document

20    will be placed in the file and disregarded.

21         IT IS SO ORDERED.

22    Dated: September 4, 2013

23                                              /s/ Gregory G. Hollows

24                                         UNITED STATES MAGISTRATE JUDGE

25    GGH:076/Turn1690.58.ggh

26

27

28
                                               1