UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW CATES, et al.,<br><br>  Defendants. | No. 2:11-cv-1690 WBS GGH P<br><br><br><br>ORDER |

On August 26, 2013, plaintiff filed a motion to amend the complaint. This civil rights action was closed on November 19, 2012. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: September 4, 2013

                        /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Turn1690.58.ggh

1